**Justin L. JONES, Plaintiff–Appellant**

v.

**Raylina RAMSEY, Classification Officer, Grimes Unit, Defendant–Appellee**

No. 16-1570

United States Court of Appeals, Eighth Circuit.

Submitted: November 10, 2016

Filed: November 16, 2016

Justin L. Jones, Pro Se.

Renae Ford Hudson, Assistant Attorney General, Attorney General's Office, Little Rock, AR, for Defendant–Appellee.

Before MURPHY, COLLOTON and GRUENDER, Circuit Judges.

[Unpublished]

PER CURIAM.

Arkansas inmate Justin Jones appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon *de novo* review, we find no error in the district court's decision. *See Murchison v. Rogers*, 779 F.3d 882, 886–87 (8th Cir. 2015) (viewing summary judgment record in light most favorable to non-movant, and drawing all reasonable inferences from it in his favor).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).